IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

CIVIL ACTION NO. 3:12cv034 (WOB-HBG)

SOUTHERN TRUST INS. CO.                             PLAINTIFF

VS.                          <u>JUDGMENT</u>

DUSTIN MCNALLY, ANNA J.
NORTHERN, THOMAS F. NORTHERN,
SR., AND STATE FARM MUTUAL
AUTOMOBILE INS. CO.                                 DEFENDANTS

Pursuant to the Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that summary judgment be, and is hereby, **ENTERED IN PLAINTIFF'S FAVOR AGAINST ALL DEFENDANTS**.

This 18th day of June, 2013.



ENTERED AS A JUDGMENT
 s/ *Debra C. Poplin*
 CLERK OF COURT